B. John Casey, OSB #120025
Email: john.casey@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97258
Tel.: (503) 228-3200 / Fax: (503) 248-9085

Jerry S. McDevitt, *pro hac vice* motion forthcoming
Email: jerry.mcdevitt@klgates.com
Curtis B. Krasik, *pro hac vice* motion forthcoming
Email: curtis.krasik@klgates.com
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222
Tel.: (412) 355-6500 / Fax: (412) 355-6501

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>Defendant. | Case No. 3:14-cv-01689-ST<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant World Wrestling Entertainment, Inc. hereby certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DATED this 12th day of November, 2014.

      K&L GATES LLP
      By: *s/ B. John Casey*
          B. John Casey, OSB #120025
      *Attorney for Defendant World Wrestling Entertainment, Inc.*

PAGE 1 – CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November, 2014, I served a copy of the foregoing CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC. on the following parties via the Court's CM/ECF System:

Steve D. Larson
Joshua L. Ross
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR  97204
Email: slarson@stollberne.com; jross@stollberne.com
     Attorneys for Plaintiffs William Albert Haynes III, et al.

Pro Hac Vice admitted attorneys for Plaintiffs:

| | |
|---|---|
| Konstantine Kyros<br>Kyros Law Offices, PC<br>kon@kyroslaw.com | Taylor Asen<br>Cuneo Gilbert & LaDuca, LLP<br>tasen@cuneolaw.com |
| Erica Mirabella<br>Mirabella LLC<br>erica@mirabellaLLC.com | Scott Moriarity<br>Lockridge Grindal Nauen PLLP<br>samoriarity@locklaw.com |
| Brendan Thompson<br>Cuneo Gilbert & LaDuca, LLP<br>brendant@cuneolaw.com | Robert Shelquist<br>Lockridge Grindal Nauen PLLP<br>rkshelquist@locklaw.com |
| Charles LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>charles@cuneolaw.com | |

DATED this 12th day of November, 2014.

                                                    *s/B. John Casey*
                                                    B. John Casey

CERTIFICATE OF SERVICE

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97258
TELEPHONE: (503) 228-3200