**B. John Casey**, OSB #120025
Email: john.casey@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97258
Tel.: (503) 228-3200 / Fax: (503) 248-9085

**Jerry S. McDevitt** *(pro hac vice)*
Email: jerry.mcdevitt@klgates.com
**Curtis B. Krasik** *(pro hac vice)*
Email: curtis.krasik@klgates.com
K&L GATES LLP
K&L Gates Center, 210 Sixth Avenue
Pittsburgh, PA 15222
Tel.: (412) 355-6500 / Fax: (412) 355-6501

*Attorneys for Defendant World Wrestling Entertainment, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON (PORTLAND)

| | |
|---|---|
| WILLIAM ALBERT HAYNES III, individually and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.,<br><br>                    Defendant. | Case No. 3:14-cv-01689-ST<br><br>**DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO OPINION AND ORDER GRANTING MOTION TO TRANSFER VENUE** |

I, B. John Casey, declare:

    1.    I am over the age of 18.  I make this Declaration based on my personal knowledge, and it is true to the best of my knowledge, information and belief. I am prepared to testify to the matters discussed herein.

PAGE 1 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO OPINION AND ORDER
PO-377101

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97258
TELEPHONE: (503) 228-3200

2. I am an attorney with K&L Gates LLP, and I represent defendant World Wrestling Entertainment, Inc. ("WWE") in this action.

3. Attached hereto as Exhibit A is a true and correct copy of Judge Birotte Jr.'s July 10, 2015, Order Granting WWE's Motion to Transfer Venue in *McCullough v. World Wrestling Entertainment, Inc.*, No. 2:15-cv-02662-AB-JEM (C.D. Cal.).

4. Attached hereto as Exhibit B is a true and correct copy of the Complaint filed on June 26, 2015, in *James v. World Wrestling Entertainment, Inc.*, No. 3:15-cv-02146-L (N.D. Tex.).

5. Attached hereto as Exhibit C is a true and correct copy of email correspondence on July 13 and 14, 2015, between Jerry McDevitt and Chris Gilreath.

6. Attached hereto as Exhibit D is a true and correct copy of a transcript of an interview with Konstantine Kyros during a March 27, 2015, "Radio Takedown" Podcast. The entire podcast is available for listening at: http://www.blogtalkradio.com/radiotakedown/2015/03/27/drt--ep36--attorney-konstantine-kyros-educates-you-his-filing-on-wwe-lawsuits (last accessed: July 22, 2015).

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from a June 8, 2015, hearing transcript in *Singleton v. World Wrestling Entertainment, Inc.*, No. 3:15-cv-00425-VLB (D. Conn.).

**Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 23rd day of July, 2015.

By: /s/ B. John Casey
B. John Casey, OSB #120025

PAGE 2 – DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO OPINION AND ORDER

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97258
TELEPHONE: (503) 228-3200

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2015, I served a copy of the foregoing DECLARATION OF B. JOHN CASEY IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTIONS TO OPINION AND ORDER GRANTING MOTION TO TRANSFER VENUE on the following parties via the Court's CM/ECF System:

Steve D. Larson
Joshua L. Ross
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street, Suite 500
Portland, OR  97204
Email: slarson@stollberne.com; jross@stollberne.com
       Attorneys for Plaintiffs William Albert Haynes III, et al.

Pro Hac Vice admitted attorneys for Plaintiffs:

| | |
|---|---|
| Konstantine Kyros<br>Kyros Law Offices, PC<br>kon@kyroslaw.com | Taylor Asen<br>Cuneo Gilbert & LaDuca, LLP<br>tasen@cuneolaw.com |
| Erica Mirabella<br>Mirabella LLC<br>erica@mirabellaLLC.com | Scott Moriarity<br>Lockridge Grindal Nauen PLLP<br>samoriarity@locklaw.com |
| Brendan Thompson<br>Cuneo Gilbert & LaDuca, LLP<br>brendant@cuneolaw.com | Robert Shelquist<br>Lockridge Grindal Nauen PLLP<br>rkshelquist@locklaw.com |
| Charles LaDuca<br>Cuneo Gilbert & LaDuca, LLP<br>charles@cuneolaw.com | |

DATED this 23rd day of July, 2015.

                                *s/B. John Casey*
                                B. John Casey

CERTIFICATE OF SERVICE

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR  97258
TELEPHONE: (503) 228-3200